UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

CHRISTOPHER SALAMONE,

        Plaintiff,

  -against-

SPIDER STAGING BY BRANDSAFWAY,
DOES 1-50,

        Defendants.

------------------------------------------------------- X

Civil Action No. 1:25-cv-01058-VSB

**PROPOSED ORDER FOR THE WITHDRAWAL OF COUNSEL**

     **IT IS HEREBY ORDERED THAT**, attorney Max A. Scharf, an attorney with the law firm Seyfarth Shaw LLP, is hereby withdrawn as counsel in the above-captioned matter. Max A. Scharf was one of the attorneys for Defendant Spider Staging by BrandSafway while with the law firm Seyfarth Shaw LLP. Max A. Scharf is no longer affiliated with Seyfarth Shaw LLP. The clerk is hereby directed to remove Mr. Max A. Scharf from the Court docket and designate his status as terminated.

                                                    /s/ Max A. Scharf
                                                    Max A. Scharf
                                                    Seyfarth Shaw LLP
                                                    620 Eighth Avenue
                                                    New York, New York  10018
                                                    Telephone:  (212) 218-5500

SO ORDERED.

*[signature: Vernon Broderick]*

Honorable Vernon S. Broderick United States District Judge  **8/6/2025**